HANSEN, JACOBSON, TELLER, HOBERMAN, NEWMAN, WARREN, SLOANE & RICHMAN, L.L.P.

ATTORNEYS AT LAW

CHRISTOPHER D. ABRAMSON
STEWART S. BROOKMAN
GRETCHEN BRUGGEMAN RUSH
JOHN M. FARRELL
THOMAS HANSEN
HARRIS HARTMAN
JASON P. HENDLER
THOMAS R. HOBERMAN
CRAIG A. JACOBSON
JOHN V. MEIOD, JR.
JEANNE NEWMAN
KENNETH M. RICHMAN
DEBRA SHUWARGER
JASON D. SLOANE
DONALD W. STEELE
WALTER D. TELLER
STEPHEN F. WARREN

October 19, 2004
***Via Facsimile and Federal Express***

Celebrity Cash Card, Inc.
3908 N. Periel Avenue
Suite 400
Bethany, Oklahoma 73008
Attention: Greg Werner

Magic Cards International, Inc,
1901 Harrison Street
Suite 250
Hollywood, Florida 33020

Anthony Da Meo
President and CEO
Magic Cards International, Inc.
2424 North Federal Highway
Suite 411
Boca Raton Florida 33431

Re: June Bug Enterprises f/s/o Earvin Johnson, Jr./ Celebrity Cash Card and Magic Cards International

Dear Greg and Anthony:

This law firm represents June Bug Enterprises and Earvin Johnson, Jr. We have reviewed the Agreement dated October 22, 2002 between Celebrity Cash Cards, Inc. and Earvin "Magic" Johnson, as amended in writing (collectively the "Agreement").

Pursuant to paragraph 5.f. of the October 22, 2002 Agreement, our client is entitled to "unilaterally terminate th[e] Agreement" in the event that actual revenues from sales of the cards do not equal or exceed $25,000 in the first year of the Agreement or $50,000 in the second year of the Agreement.

MC 001628

Greg Werner
Anthony De Meo
Page 2
October 19, 2004

As you may know, our clients were considering amending the Agreement. As you are aware, however, in light of the failure to agree on material terms of the proposed amendment and your failure to secure reasonable financial assurances for your proposed performance thereunder, our clients have elected to discontinue discussions and negotiations regarding the proposed amendment and extension of the Agreement.

Additionally, as you have also been advised, our clients have elected to terminate the Agreement. Accordingly, on behalf of our clients, we notify you that they hereby terminate the Agreement pursuant to, among other provisions, paragraph 5.f. of the October 22, 2002 agreement.

Consequently, all rights to distribute the Magic Cash Cards are hereby terminated and all rights to utilize the name, likeness, trademark, service mark and other indicia of our clients are terminated effective immediately. Accordingly, from and after the date hereof, you should discontinue any and all of use our client's name, trademark, service mark and/or likeness.

In order to keep this confirmation of our client's termination of the Agreement brief, this letter is not intended to be a complete statement of our client's position with respect to this matter. All rights, claims, remedies and defenses of our clients are hereby expressly reserved.

Sincerely,

Donald W. Steele

DWS:sc

cc: Earvin Johnson, Jr.
Mark Scoggins
Warren Grant
David Dearman (via fax)
Martin Singer, Esq.
Michael Holtz, Esq.
Tom Hoberman, Esq.